CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 15 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOSHUA CLIFTON HODGES | ) Case No: 4:13CR00009-001 |
| | ) USM No: 17248-084 |
| Date of Previous Judgment: 08/23/2013 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __66 months*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __10__         Amended Offense Level: __8__
Criminal History Category: __III__     Criminal History Category: __III__
Previous Guideline Range: __10__ to __16__ months   Amended Guideline Range: __6__ to __12__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Defendant is sentenced to sixty-six (66) months, but not less than time served. Defendant's sentence consists of six (6) months on Count 4 and sixty (60) months on Count 5, to be served consecutively.

Except as provided above, all provisions of the judgment dated __08/23/2013__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5/15/2015

Judge's signature

Effective Date: __11/01/2015__
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title